SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
DOUGLAS C. STASTNY (State Bar No. 269470)
dcs@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant/Counterclaimant
AMERICREDIT FINANCIAL
SERVICES, INC. dba GM Financial

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| CRYSTAL THORPE, and JOCQAEL THORPE,<br><br>          Plaintiffs,<br><br>      vs.<br><br>STATEWIDE RECOVERY SERVICES, INC., GENERAL MOTORS FINANCIAL COMPANY, INC. and DOES 1 through 10, inclusive,<br><br>          Defendants.<br><br>AMERICREDIT FINANCIAL SERVICES, INC. dba GM Financial,<br><br>          Counterclaimant,<br><br>      vs.<br><br>CRYSTAL THORPE, and JOCQAEL THORPE, ROES 1 through 10<br><br>          Counterdefendant. | Case No. 2:16-cv-06859 ODW (GJSx)<br>The Hon. Otis D. Wright, II<br>Ctrm. 11 (Spring St.)<br><br>**COUNTERCLAIM FOR:**<br><br>**1) BREACH OF CONTRACT**<br><br>Action Filed:   September 13, 2016<br>Trial Date:     None Set |

31085.0208/9048366.1

Defendant/Counterclaimant AMERICREDIT FINANCIAL SERVICES, INC. dba GM Financial ("AmeriCredit") alleges as follows:

## GENERAL ALLEGATIONS

1.      AmeriCredit, at all material times, is duly licensed and qualified to do business in the State of California.

2.      AmeriCredit is informed and believes and thereon alleges that Counterdefendants Crystal Thorpe and Jocqael Thorpe ("Counterdefendants") are individuals who reside in the County of San Diego, State of California.

3.      The true names and capacities, whether individual, corporate, associate, or otherwise, of counterdefendants ROES 1 through 10, inclusive, are unknown to AmeriCredit, and therefore, AmeriCredit sues said counterdefendants by such fictitious names.  AmeriCredit is informed and believes, and on that basis alleges, that each of the counterdefendants designated herein as a fictitiously named counterdefendants is, in some manner, responsible for the events and happenings hereinafter alleged and caused or contributed to the damage done to AmeriCredit as set forth in each cause of action below.  AmeriCredit reserves the right to amend its Counterclaim to specify the true names and capacities of said counterdefendants when they have been ascertained.

4.      AmeriCredit is informed and believes, and on that basis alleges, that all counterdefendants were, and are, the agents, servants, and employees of all other counterdefendants, and were acting within the scope of this agency or employment in doing the things alleged in this Counterclaim.

## FIRST CAUSE OF ACTION

### (Breach of Contract against Counterdefendants and ROES 1-10)

5.      AmeriCredit realleges and incorporates by reference each and every allegation contained in paragraphs 1 through 4 of this Counterclaim as though fully set forth herein.

COUNTERCLAIM

6.     On or about March 9, 2015, Counterdefendants entered into a Retail Installment Contract ("Contract") whereby Counterdefendants agreed to purchase a new 2014 Chevrolet Traverse, Vehicle Identification Number 1GNKRFED1EJ279478 ("Vehicle") from Rock Chevrolet in Grayslake, Illinois (the "Dealer").   A copy of the Contract is attached hereto as Exhibit "A."

6.     Shortly after the Contract was executed, Dealer assigned all rights, title and interest under the Contract to AmeriCredit.  AmeriCredit perfected the security interest by having its lien recorded on the Certificate of Title to the Vehicle.

7.     Pursuant to the terms of the Contract, Counterdefendants agreed to make 72 equal monthly payments of $533.47, commencing on April 23, 2015 and each month thereafter until maturity of the Contract.

8.     Counterdefendants breached the Contract by failing to make the monthly payments that came due in March 2016 and failed to make full and timely payments each month thereafter.

9.     AmeriCredit has elected to exercise its rights under the Contract to terminate the Contract, repossess the Vehicle, and demand payment of Counterdefendants' remaining amounts due.

10.     The Vehicle was repossessed on or about June 8, 2016.

11.     After Counterdefendants failed to timely redeem or reinstate their account under the Contract, the Vehicle was sold in a commercially reasonable fashion on July 8, 2016 for $17,900.00.

12.     On July 22, 2016, the unpaid amount financed under the contract was $30,173.66.  After the sale, and after applying all applicable expenses incurred by AmeriCredit, the amount of Counterdefendants' liability under the Contract is $13,146.74.

13.     AmeriCredit has performed all conditions, covenants and promises required of it in accordance with the terms and conditions of the Contract.

14.     By the terms of the Contract, Counterdefendants have agreed to pay reasonable attorneys' fees and expenses, incurred by AmeriCredit in enforcing its rights.  By reason of Counterdefendants' default it has become necessary for AmeriCredit to employ the undersigned counsel to commence and execute this action.  AmeriCredit is entitled to recover its attorneys' fees and expenses incurred herein.

WHEREFORE, AmeriCredit prays for judgment hereinafter set forth.

**PRAYER**

1.     On the First Cause of Action, for damages according to proof against Counterdefendants, plus interest, attorneys' fees and other costs and expenses as provided under the Contract;

2.     For costs of suit herein;

3.     For reasonable attorneys' fees incurred herein; and

4.     For such other and further relief as the Court may deem just and proper.

DATED:  October 28, 2016          SEVERSON & WERSON
                                  A Professional Corporation


                                  By:    /s/ Douglas C. Stastny
                                          DOUGLAS C. STASTNY

                                  Attorneys for Defendant/Counterclaimant
                                  AMERICREDIT FINANCIAL SERVICES,
                                  INC. dba GM Financial

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On October 28, 2016, I served true copies of the following document(s):
**COUNTERCLAIM FOR: 1) BREACH OF CONTRACT** on the interested parties in this action as follows:

| | |
|---|---|
| Alexander B. Trueblood, Esq.<br>TRUEBLOOD LAW FIRM<br>10940 Wilshire Blvd., Suite 1600<br>Los Angeles, CA 90024 | Attorneys for Plaintiffs CRYSTAL THORPE and JOCQAEL THORPE<br><br>Telephone:  (310) 443-4139<br>Facsimile:  (310) 943-2255 |

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 28, 2016, at Irvine, California.

_____
RYAN J. BROOKS

31085.0208/9048366.1

PROOF OF SERVICE

# **PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On October 28, 2016, I served true copies of the following document(s): **COUNTERCLAIM FOR: 1) BREACH OF CONTRACT** on the interested parties in this action as follows:

Alexander B. Trueblood, Esq.
TRUEBLOOD LAW FIRM
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024

Attorneys for Plaintiffs CRYSTAL THORPE and JOCQAEL THORPE

Telephone: (310) 443-4139
Facsimile: (310) 943-2255

☐ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 28, 2016, at Irvine, California.

RYAN J. BROOKS

31085.0208/9048366.1